UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUILDING SERVICES 32 B-J BENEFIT FUNDS　:
                                                                                 :

                         Plaintiff,    :

                                               :      **STATEMENT PURSUANT**
                                             :         **TO RULE 1.9**

    -against-                                :

GCA SERVICES GROUP, INC.          :

                        Defendant,  :
-----------------------------------------------------------------X

Pursuant to Rule 1.9 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Building Services 32 B-J Benefit Funds certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                               None

Dated: September 20, 2007

                                                                RAAB, STURM & GOLDMAN, LLP

                                                          By: _____
                                                          MICHAEL GEFFNER (MG-6785)
                                                          317 Madison Avenue, Suite 1708
                                                          New York, NY 10017
                                                         (212) 683-6699