Maura J. Wogan (MW 9589)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 9th Floor
New York, New York 10022
(212) 980-0120

*Attorneys for Defendant GCA Services Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32B-J BENEFIT FUNDS,

                Plaintiffs,

-v-

GCA SERVICES GROUP, INC.,

                Defendant.
------------------------------------------------------------------X

07 CV 08381 (HB)

**CORPORATE DISCLOSURE STATEMENT OF GCA SERVICES, INC.**

      Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1.1, "[a] non-governmental corporate party to an action or proceeding in a district court must file . . . a statement that identifies any parent corporation and any publicly held company that owns 10% or more of its stock." In compliance with the foregoing provisions, this Corporate Disclosure Statement is filed on behalf of Defendant, GCA Services Group, Inc.

1.     Does said party have a parent corporation?    ____ Yes    _X_ No.

       If the answer is Yes, list below the identity of the parent corporation of the named party: N/A.

2.     Is there a publicly owned corporation, not a party to the case, that owns 10% or more of the named party's stock?    ____ Yes    _X_ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:
N/A.

Dated: New York, New York
November 8, 2007

                        FRANKFURT KURNIT KLEIN & SELZ, P.C.

                        By: /s/ Maura J. Wogan
                            Maura J. Wogan (MW 9589)
                        488 Madison Avenue
                        New York, New York 10022
                        212-980-0120

*Of Counsel*

W. Eric Baisden (Ohio Bar No. 0055763)
Jeffrey J. Lauderdale (Ohio Bar No. 0074859)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Ste. 1400
Cleveland, Ohio 44114-2688
Tel: 216-622-8200
*(Motions for Admission to be Filed)*

*Attorneys for Defendant GCA Services Group, Inc.*