AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICES 32 B-J BENEFIT FUNDS

    Plaintiff,

V.

GCA SERVICES GROUP, INC.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV 8381

TO: (Name and address of defendant)
300 Conshohocken State Road, Suite 650
West Conshohoken, Pennsylvania 19428

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

DATE: SEP 2 7 2007

(BY) DEPUTY CLERK

O 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 10/19/07 |
| NAME OF SERVER (PRINT) Theresa A. Balfe | TITLE Private Inv./Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Department of State Service on GCA Services Group, Inc. for Plaintiff Building Services 32 B-J Benefit Funds

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/2/07
Signature of Server

Address of Server: P.O. Box 11 Voorheesville, NY 12186

* Served Department of State employee Donna Christie
Blonde, 5'4", 135 lbs. 45 yrs. old.

Karen M. Finnessey
KAREN M. FINNESSEY
Notary Public, State of New York
No. 01FI6140094
Qualified in Albany County
My Commission Expires Jan. 17, 2010

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.