FRANKFURT KURNIT KLEIN & SELZ pc

488 Madison Avenue
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175

Maura J. Wogan
Direct dial: (212) 826-5523
e-mail: mwogan@fkks.com

November 13, 2007

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07**

<u>Via Facsimile No. 212-805-7901</u>
Hon. Harold Baer
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2230
New York, New York 10007

    Re:   <u>Building Services 32 B-J Benefit Funds v. GCA Services
Group, Inc., Case No. 07 Civ. 8381 (HB)</u>

Dear Judge Baer:

    We are acting as local counsel for GCA Services Group, Inc., an Ohio corporation which has been named as the defendant in the above-referenced case. GCA is also represented by the law firm of Calfee, Halter & Griswald, LLP, in Cleveland, Ohio. We are writing to request permission for a member of Calfee, Halter & Griswald to participate telephonically in the court conference scheduled for November 15, 2007, at 3:45 p.m. An attorney from this firm will also be attending in person.

    We appreciate your attention to this matter.

Very truly yours,

Maura J. Wogan

cc: Michael Geffner, Esq.

*[Handwritten note from Judge:]* That's fine but only on this occasion unless or until admitted pro hac vice.

SO ORDERED.
Harold Baer, Jr., U.S.D.J.
Date: 11/14/07

Endorsement:

    That's fine but only on this occasion unless or until admitted pro hac vice.