AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

BUILDING SERVICE 32 B-J BENEFIT FUNDS,

        Plaintiff,

-against-

GCA SERVICES GROUP, INC.,

        Defendant.

**APPEARANCE**

Case Number: 07 Civ. 8381 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant GCA Services Group, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 4, 2007 | */s/ Nicole Hyland* |
| Date | Signature |
| | Nicole I. Hyland    (NH 7646) |
| | Print Name    Bar Number |
| | 488 Madison Avenue |
| | Address |
| | New York,    NY    10022 |
| | City    State    Zip Code |
| | |
| | Phone Number    Fax Number |