USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

488 Madison Avenue
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175

Nicole I. Hyland
Direct dial: (212) 826-5552
e-mail: nhyland@fkks.com

January 22, 2008

RECEIVED
JAN 22 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

<u>Via Facsimile No. 212-805-7901</u>
Ms. Nathalie Rey
Law Clerk for Hon. Harold Baer
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2230
New York, New York 10007

Re: Building Services 32 B-J Benefit Funds v. GCA Services Group, Inc., Case No. 07 Civ. 8381 (HB)

Dear Ms. Rey:

We represent the defendant GCA Services Group, Inc. in the above-referenced case. We are writing to request that the following pre-trial deadlines be extended as follows:

- Deadline for completion of all discovery, except expert discovery, extended from January 31, 2008 to March 3, 2008; and

- Deadline for return of dispositive motions extended from February 19, 2008 to March 31, 2008.

Counsel for plaintiffs Building Services 32B-J Benefit Funds has consented to these extensions. A copy of the docket sheet is attached for your reference.

We appreciate your attention to this matter.

Very truly yours,

Nicole Hyland

[Handwritten annotations by Judge:]
Done rather but file an order in 4+ months — seems you are able to keep as long as motions and well to the timetable you chose — however dep cant run more than 60 days to decide any motions cut request by March 15, '08 don't take application but request by ch in chambers

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 2/4/08

Enclosure
cc: Michael Gartner, Esq.

FKKS: 238922 v.1

7224.300

Endorsement:

You have essentially done nothing but file an answer in 4+ months - seems you should be able to keep to the timetable you chose - However as long as I have my 60 days to decide any dispositive motions I don't care if you have more time for discovery, etc. and will grant your application but require any motions to be fully briefed and in Chambers by March 15, 2008.