UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32B-J BENEFIT FUNDS,   :
:
                           Plaintiffs,   :
:    **07 Civ 8381 (HB)**
  -against-                         :
:    **NOTICE OF MOTION**
:
GCA SERVICES GROUP, INC.   :
:
                           Defendant.   :
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Plaintiff, Building Service 32BJ Benefit Funds, by their attorneys, will bring a motion before Hon. Harold Baer, United States District Judge Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Summary Judgment to Plaintiff.

      PLEASE TAKE FURTHER NOTICE That defendant's answering papers, if any shall be served in accordance with the Court's order of February 4, 2008.

Dated : New York, New York
       March 6, 2008

                                              Raab, Sturm, Goldman & Ganchrow LLP

                                              By:   /s/ Michael Geffner
                                                    Michael Geffner (MG-6785)
                                                    *Attorney for Plaintiffs*
                                                    317 Madison Ave. Suite 1708
                                                    New York, New York 10017
                                                    Tel- (212) 683-6699
                                                    Fax- (212) 779-8596

To: Jeffrey J. Lauderdale, esq.
   Calfee, Halter & Griswold LLP
   1400 Keybank Center
   800 Superior Avenue
   Cleveland, Ohio 44114-2688


   Nicole I. Hyland, esq.
   Frankfurt, Kurnit Klain & Selz, PC
   488 Madison Avenue
   New York, New York 10022