Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

**32BJ BENEFITS**

Due Date: APRIL 19, 2007
Account # 02819-04452-0003-0001-10
Receipt # 2122168

Building Name:
Address: 101 MURRAY STREET

Month End Date: 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] [Y] Training

| Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAWKINS / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| FIDZINSKI / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| MEIKLE / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| NILAJ / 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 | G | OT | P | Y | | | | 13 | 3 | | | |
| TOTALS: | | | | | | | | 52 | 12 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x 12 = | 10790.64 | 899.22 | x = | | | |
| Pension | 58.75 | x 52 = | 3055.00 | | | | | |
| Legal | 18.63 | x 12 = | 223.56 | 18.63 | x = | | | |
| Profit Sharing | 13.00 | x 52 = | 676.00 | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x 12 = | 145.56 | 12.13 | x = | | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: *Marti Lincoln*
Date:
Comments:

**TOTAL DUE: 14890.76**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 1 OF 1

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

32BJ BENEFITS

Due Date: APRIL 19, 2007
Account #: 02819-05755-0003-0001-10
Receipt #: 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing       [Y] Training

| L/K | Employee Last Name / Init / SSN | Job Class | Full Time/Part Time | Exper- ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ADAMS J / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | ALVAREZ G / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | ALZATE M / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | APONTE W / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | ARISTIZABAL C / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | ARNE C / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | ASENCIO J / 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 | OT | F | N | | | | 13 | 3 | | | |
| ✓ | BENOIT J / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | BETANCOURT D / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | BOBKO J / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | BORBOR A / 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 | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | BOYCE M / 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 | OT | F | Y | | | | 11 | 3 | | | |
| | **TOTALS:** | | | | | | | 154 | 36 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Phone: (718) 990-1554
Email: MLINCOLN@GCASERVICES.COM
Signature: Marti Lincoln
Date:
Comments:

**TOTAL DUE**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 338-3354

032207
PAGE 1 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

EIN:
Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172
Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CALVANIO / 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 | D | OT | F | N | | | | 13 | 3 | | | |
| 2 | CAMILLI / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 3 | CAMPBELL / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 4 | CAMPOS / 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 | N | OT | F | N | Term 10/10/06 | | | | 3 | | | |
| 5 | CAPELLAN / 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 | R | OT | F | Y | | | | 17½ | 3 | | | |
| 6 | CARABALLO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 7 | CASTAGNETTO / 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 | M | OT | F | Y | | | | 10⅔ | 3 | | | |
| 8 | CASTILLO / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 9 | CUAU / 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 | V | OT | F | Y | HI | 11/10/2006 | | 17⅓ | 2 | 2 | | |
| 10 | CHEN / 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 | K | OT | F | Y | | | | 13 | 3 | | | |
| 11 | CLAROS / 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 | J | OT | F | N | | | | | 3 | | | |
| 12 | COLORADO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| | TOTALS: | | | | | | | | 125 | 35 | | | |

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | | | | | | |
| Legal | 18.3 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: Marti Lincoln
Date:

TOTAL DUE

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:
For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 2 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

**32BJ BENEFITS**

Due Date: APRIL 19, 2007
Account #: 02819-05755-0003-0001-10
Receipt #: 2122173
Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA
Month End Date: 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| L/N | Employee Last Name / SSN | Init. | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | CONDE / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | CORNIER / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | DAVILA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | DE NOVELLIS / 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 | V | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | DEBRILL / 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 | P | OT | F | Y | | | | 12/3 | 3 | | | |
| ✓ | DEINGENIIS / 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 | R | OT | F | Y | SD | 12/01/2006 | | 11 | | | | |
| ✓ | DICE / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | DICE / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | ENCHAUTEGUI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | FLETCHER / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | FONTANES / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| ✓ | FRANCO / 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 | Y | OT | F | Y | | | | 13 | 3 | | | |

TOTALS: 153  33

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: /s/ Marti Lincoln
Date:

**TOTAL DUE**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:
For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207                                                                                          PAGE  3 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

EIN:

Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training

Quarter End Date 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIRE / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | GABELA / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 3 | GALARCE / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 4 | GALATA / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 5 | GALICIA / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 6 | GARCIA / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 7 | GENAO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | GERDOVCI / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 9 | GIACOMANTONE / 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 | M | OT | P | Y | | | | 13 | 3 | | | |
| 10 | GOMEZ / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 11 | GUZMAN / 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 | O | OT | F | Y | | | | 13 | 3 | | | |
| 12 | HAYNES / 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 | T | OT | F | Y | | | | 13 | 3 | | | |

TOTALS: 147   36

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: Marti Lincoln
Date:

TOTAL DUE

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 4 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

**32BJ BENEFITS**

EIN:

| Due Date: | APRIL 19, 2007 | Account # 02819-05755-0003-0001-10 | Receipt # 2122172 |
|---|---|---|---|

Building Name: ST JOHNS UNIVERSITY    Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007  ☐ Health  ☐ Pension  ☐ Legal  ☐ Profit Sharing  ☐ 401k  ☐ Training
Quarter End Date: 03/31/2007  ☒ Health  ☒ Pension  ☒ Legal  ☒ Profit Sharing  ☒ Training

| Line | Employee Last Name / Init / SSN | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HELFERICH G / 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 | OT | F | Y | WC | 1/29/2007 | | 1 | | | | |
| 2 | HERRERA A / 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 | OT | F | Y | | | | 12⅔ | 3 | | | |
| 3 | HEWITT J / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 4 | HIDROVO L / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 5 | HINKSON A / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 6 | IBARRA M / 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 | OT | P | Y | TE | 1/21/2007 | | 13 | 3 | | | |
| 7 | INZANI E / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 8 | JACQUES A / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 9 | JOHNSON D / 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 | OT | P | Y | | | | 13 | 3 | | | |
| 10 | KALARITIS A / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 11 | KNIPPING A / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 12 | KOMOSINSKI J / 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 | OT | F | Y | | | | 13 | 3 | | | |
| | TOTALS: | | | | | | | 143⅔ | 33 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | | 899.22 | x | | | |
| Pension | 58.75 | x | | | | | | |
| Legal | 18.63 | x | | 18.63 | x | | | |
| Profit Sharing | 13.00 | x | | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | | 12.13 | x | | | |

Prepared By: MARTI LINCONL    Title: HR/BENEFITS ADMINISTRAT    **TOTAL DUE**

Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: *Marti Lincoln*    Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

PAGE 5 OF 11

032207

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007  [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 03/31/2007  [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KOSZER / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 2 | KRUKOWSKI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | LAUCELLA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 4 | LENTZ / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| 5 | LIGGAYU / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 6 | LIN / 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 | A | OT | F | Y | HI | 1/08/2007 | | 17 | 3 | 2 | | |
| 7 | LOCICERO / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 8 | LONDONO / 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 | I | OT | F | N | | | | 13 | 3 | | | |
| 9 | LOPEZ / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 10 | LOPEZ / 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 | J | OT | F | N | | | | 13 | 3 | | | |
| 11 | LUNA / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 12 | MARTINEZ / 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 | G | OT | F | Y | | | | 13 | 3 | | | |

TOTALS: 155 / 33

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | x |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE

Email: MLINCOLN@CCASERVICES.COM
Phone: (718) 990-1554

Signature: [signed] Marti Lincoln
Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report or remittance of contributions, please contact Employer Services at (212) 388-3354

033207
PAGE 6 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

32BJ BENEFITS

Due Date: APRIL 19, 2007
Account #: 02819-05755-0003-0001-10
Receipt #: 2132172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007 — ☐ Health  ☐ Pension  ☐ Legal  ☐ Profit Sharing  ☐ 401k  ☐ Training
Quarter End Date: 03/31/2007 — ☒ Health  ☒ Pension  ☒ Legal  ☒ Profit Sharing  ☒ Training

| LN | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper- ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MATTIELLO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | MEJIA / 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 | J | OT | F | N | | | | 13 | 3 | | | |
| 3 | MENDEZ / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 4 | MONTEITH / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 5 | MORTON / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 6 | MOY / 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 | H | OT | F | Y | NI | 11/10/2006 | | 13 | 2 | 2 | | |
| 7 | MULVANERTY / 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 | E | OT | F | Y | | | | 9/13 | 2/ | | | |
| 8 | NAOURI / 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 | A | OT | F | N | | | | 13 | 3 | | | |
| 9 | NOGA / 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 | L | OT | F | Y | | | | 12/13 | 3 | | | |
| 10 | NOGUEROLE / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 11 | O. BRIEN / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 12 | OUK / 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 | K | OT | F | Y | HS | 7/09/2006 | | 13 | 3 | | | |
| | | | | | | | TOTALS: | | 151 | 34 | | | |

| FUNDS | Current Due |  |  | Advance Requirement Payment |  |  | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
|  | Rate | Time Unit | Total | Rate | Time Unit | Total |  |  |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | x | = | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | x | = | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE:

Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554

Signature: Marti Lincoln
Date:

Comments:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 7 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007  Account # 02819-05755-0003-0001-10  Receipt # 2122172
Building Name: ST JOHNS UNIVERSITY  Address: RT ST. JOHNS JAMAICA
Month End Date 03/31/2007  ☐ Health  ☐ Pension  ☐ Legal  ☐ Profit Sharing  ☐ 401k  ☐ Training
Quarter End Date 03/31/2007  ☑ Health  ☑ Pension  ☑ Legal  ☑ Profit Sharing  ☑ Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PATRIZZO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | PATRIZZO / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | PAVLICK / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 4 | PELAEZ / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 5 | PENA / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 6 | PERRIS / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 7 | PERRIS / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | PINEIRO / 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 | A | OT | F | Y | | | | 5 | 1 | | | |
| 9 | POLICASTRI / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 10 | PRADO / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 11 | PUELLES / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 12 | QUINN / 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 | F | OT | F | Y | | | | 13 | 3 | | | |

TOTALS: 135  31

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 13.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL  Title: HR/BENEFITS ADMINISTRAT  TOTAL DUE
Email: MLINCOLN@GCASERVICES.COM  Phone: (718) 990-1554
Signature: Marti Lincoln  Date:
Comments:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354
032207                                                                                                PAGE 8 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007 — [ ] Health [ ] Pension [ ] Legal [ ] Profit Sharing [ ] 401k [ ] Training
Quarter End Date: 03/31/2007 — [Y] Health [Y] Pension [Y] Legal [Y] Profit Sharing [ ] 401k [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | REINOSO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 2 | RODRIGUEZ / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | ROMAN / 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 | P | OT | F | N | | | | 13 | 3 | | | |
| 4 | ROSALES / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 5 | RUSSELL / 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 | W | OT | F | Y | | | | 13 | 3 | | | |
| 6 | SAIAS / 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 | N | OT | F | Y | WC | 12/21/2006 | | 10 | 2 | | | |
| 7 | SALAZAR / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | SAMUELS / 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 | Q | OT | F | Y | | | | 13 | 3 | | | |
| 9 | SANGIOVANNI / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 10 | SCARBOROUGH / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 11 | SCHLECHTER / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 12 | SHIN / 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 | P | OT | F | Y | | | | 13 | 3 | | | |

TOTALS: 153 35

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 16.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: /s/ Marti Lincoln
Date:
Comments:

**TOTAL DUE**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207     PAGE 9 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

32BJ BENEFITS

Due Date: APRIL 19, 2007
Account # 02819-55755-0003-0001-10
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [Y] Training

| L I N E | Employee Last Name / Init. / SSN | Job Class | Full Time/Part Time | Exper- ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SITRO P / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 2 | SOARES A / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 3 | SOLOMON S / 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 | OT | F | N | | | | 13 | 3 | | | |
| 4 | SOTO E / 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 | OT | F | N | | | | 13 | 3 | | | |
| 5 | SOTO P / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 6 | STEFANOPOULOS G / 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 | OT | F | Y | | | | 12⅔ | 3 | | | |
| 7 | STRAZZERA G / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 8 | STRUZZIERI J / 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 | OT | F | N | | | | 13 | 3 | | | |
| 9 | SUCHOCKI M / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 10 | SULLIVAN T / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 11 | TATKOVIC R / 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 | OT | F | Y | | | | 13 | 3 | | | |
| 12 | THOMAS C / 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 | OT | F | Y | | | | 13 | 3 | | | |
| | TOTALS: | | | | | | | 155 | 36 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.09 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE

Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: /s/ Marti Lincoln
Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 10 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 32819-05755-0003-0001-10
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: NY ST. JOHNS JAMAICA

Month End Date: 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [✓] 401k  [ ] Training
Quarter End Date: 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TIBO / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 2 | TORTORELLI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | TOT / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 4 | TROCHE JR / 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 | N | OT | F | Y | | | | 13/ | 3 | | | |
| 5 | UNIGARRO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 6 | VILLAMIL / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 7 | VITALE / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 8 | WALSH / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 9 | WILSON / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 10 | ZAMBRANO / 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 | I | OT | F | Y | | | | 13 | 3 | | | |
| 11 | ZEPHIRIN / 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 | L | OT | F | Y | RE | 1/20/2007 | | 11/ | 3/ | | | |
| 12 | ZGALJARDIC / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | TOTALS: | | 154 / 1457 | 375 | 6 | | | |

Advance Requirement Payment 1,625

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x 378 375 | = 339905.16 | 899.22 | x 6 | = | | |
| Pension | 58.75 | x 1625 1457 | = 95468.75 | | | | | |
| Legal | 18.63 | x 378 375 | = 7043.14 | 18.63 | x 6 | = | | |
| Profit Sharing | 13.00 | x 1625 1457 | = 21,125.00 | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x 378 375 | = 4585.14 | 12.13 | x 6 | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Phone: (718) 990-1554
Email: MLINCOLN@GCASERVICES.COM
Signature: Marti Lincoln
Date:
Comments:

**TOTAL DUE: 468,126.19**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 11 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

EIN:
Due Date: APRIL 19, 2007
Account # 02819-05531-0003-0001-10
Receipt # 2122170
Building Name:
Address: RT ST JOHN'S UNIV STATEN

Month End Date 03/31/2007 — ☐ Health  ☐ Pension  ☐ Legal  ☐ Profit Sharing  ☐ 401k  ☐ Training
Quarter End Date 03/31/2007 — ☒ Health  ☒ Pension  ☒ Legal  ☒ Profit Sharing      ☒ Training

| L/N | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AHMETAJ / 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 | S | OT | F | Y | | | | 12½ | 3 | | | |
| 2 | BALILI / 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 | I | OT | F | Y | | | | 13 | 3 | | | |
| 3 | BAPTISTE / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 4 | CANTON / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 5 | DE NOVELLIS / 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 | V | OT | F | Y | | | | 13 | 3 | | | |
| 6 | DELUCA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 7 | FLYNN / 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 | R | OT | F | Y | T 12/29/06 | | | 2½ | ½ | | | |
| 8 | GALE / 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 | L | OT | F | N | | | | 13 | 3 | | | |
| 9 | GOGA / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 10 | JASARI / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 11 | JASARI / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 12 | KILLEN / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | | TOTALS: | | 142 | 33 | | | |

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | | 899.22 | x | | | |
| Pension | 58.75 | x | | | | | | |
| Legal | 18.63 | x | | 18.63 | x | | | |
| Profit Sharing | 13.00 | x | | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | | 12.13 | x | | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Signature: Marti Lincoln
Date:
Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207                                                                                         PAGE 1 OF 2

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

**32BJ BENEFITS**

Due Date: APRIL 19, 2007    Account # 02819-05531-0003-0001-10    Receipt # 2122170
Building Name:                Address: RT ST JOHN'S UNIV STATEN
Month End Date 03/31/2007  [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 03/31/2007 [Y] Health [Y] Pension [Y] Legal [Y] Profit Sharing       [Y] Training

| # | Employee Last Name / SSN | Init | Job Class | Full Time / Part Time | Exper- ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LEKPERAJ / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 2 | LOPEZ / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 3 | LUCERO / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 4 | MANZIONE / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 5 | MC GOVERN / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 6 | NOEL / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 7 | OBRIEN / 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 | J | OT | F | Y | HS | 7/09/2006 | | 13 | 3 | | | |
| 8 | PACHECO / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 9 | PACHECO / 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 | O | OT | F | Y | | | | 13 | 3 | | | |
| 10 | PENA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 11 | PENA / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 12 | ZIBERI / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | | TOTALS: | | 276 | 69 | | | |

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x 69 = | 62046.18 | 899.22 | x | = | | |
| Pension | 58.75 | x 298,276 = | 17507.50 | | x | = | | |
| Legal | 18.63 | x 69 = | 1285.47 | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x 298,276 = | 3877.00 | | x | = | | |
| 401k | | | | | | | | |
| Training | 12.13 | x 69 = | 836.97 | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN2GCASERVICES.COM
Phone: (718) 990-1554
Signature: Marti Lincoln
Date:
Comments:

**TOTAL DUE** 85,550.12

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032307                                                                  PAGE 2 OF 2