AMENDMENT NO. 1

TO THE

BUILDING SERVICE 32BJ PENSION FUND
AGREEMENT AND DECLARATION OF TRUST (dated June 28, 2001)

Pursuant to the amendment authority provided by Article IX Section 1(b) of the
Building Service Pension Fund Agreement and Declaration of Trust, the Trustees hereby
amend Article VIII Section 6 of the Trust Agreement to read as follows, effective April 1,
2007:

Section 1. Remedies in Event of Employer Default.  Upon the failure of any
Employer to make any contribution or report required by this Article, a Collective
Bargaining Agreement, or a Participation Agreement, within 30 days after such
contribution or report is payable or due, the Trustees may in their sole and absolute
discretion, take any action necessary, including arbitration, to enforce the making of
such report or the payment of such contribution.  In addition to, or in lieu of, other
remedies provided by law, the Trustees may collect interest and liquidated damages
for any contribution made after the due date designated in the collection policy
approved by the trustees.  The Trustees shall adopt the interest rate and may adjust
it from time to time based upon prevailing interest rates or other factors that the
Trustees deem to be relevant.  The rate for liquidated damages shall be adjusted at
any time that the interest rate is adjusted, so that the sum of the nominal annual
rates of interest and liquidated damages will be 30%. In any case that arbitration or
legal action becomes necessary to collect delinquent contributions, the Trustees
shall also be entitled to recover any and all expenses of the collection action,
including, but not limited to, counsel fees, audit fees, arbitration costs and fees, and
court expenses.

Approved and signed this 28th day of March, 2007.

1 of 2

**UNION TRUSTEES**

Michael P. Fishman

Kevin J. Doyle

Hector J. Figueroa

Kyle Bragg

**EMPLOYER TRUSTEES**

James F. Berg

Charles Dorego

John Santora

Fred Ward

**DEPUTY UNION TRUSTEES**

Thomas Giordano

Brian Lambert

Lenore Friedlaender

Brian Lambert

**DEPUTY EMPLOYER TRUSTEE**

Peter M. Finn

Amendment No. 1 to Agreement and Declaration of Trust
Building Service 32BJ Pension Fund
(dated June 28, 2001

2 of 2