UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUILDING SERVICE 32B-J BENEFIT FUNDS,

                        Plaintiffs,

                        **07 Civ 8381 (HB)**
                        **AFFIDAVIT OF SERVICE**

-against-

GCA SERVICES GROUP, INC.

                        Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK   )
                            ) : ss:
COUNTY OF NEW YORK )

      NANCY RIVERA being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Kearny, New Jersey.

      On March 6, 2008, I served a true copy of the , Notice of Motion, Statement of Material Facts Affidavit in Support of Motion, Plaintiffs' Memorandum of Law Preliminary Statement by mailing the same, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

To: Jeffrey J. Lauderdale, Esq.
     Calfee, Halter & Griswold LLP
     1400 Keybank Center
     800 Superior Avenue
     Cleveland, Ohio 44114-2688

To: Nicole I. Hyland, Esq.
     Frankfurt, Kurnit Klain & Selz, PC
     488 Madison Avenue
     New York, New York 10022

Sworn to before me this
6th day of March, 2008

_____
Notary Public

NANCY STRASFELD
Notary Public, State of New York
No. 02ST6129584
Qualified in New York County
Commission Expires June 27, 2009

_____
Nancy Rivera