Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

**32BJ BENEFITS**

Due Date: APRIL 19, 2007
Account # 02819-04452-0003-0001-10
Receipt # 2122168

Building Name:
Address: 101 MURRAY STREET

Month End Date 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing        [Y] Training

| # | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DAWKINS / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 2 | FIDZINSKI / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 3 | MEIKLE / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 4 | NILAJ / 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 | G | OT | P | Y | | | | 13 | 3 | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| | TOTALS: | | | | | | | | 52 | 12 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x 12 = | 10790.64 | 899.22 | x = | | | |
| Pension | 58.75 | x 52 = | 3055.00 | | x = | | | |
| Legal | 18.63 | x 12 = | 223.56 | 18.63 | x = | | | |
| Profit Sharing | 13.00 | x 52 = | 676.00 | | x = | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x 12 = | 145.56 | 12.13 | x = | | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE: 14890.76

Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554

Signature: /s/ Marti Lincoln
Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 1 OF 1

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account #: 02819-05755-0003-0001-10
Receipt #: 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007  ☐ Health  ☐ Pension  ☐ Legal  ☐ Profit Sharing  ☐ 401k  ☐ Training
Quarter End Date: 03/31/2007  ☒ Health  ☒ Pension  ☒ Legal  ☒ Profit Sharing  ☒ Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ADAMS / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | ALVAREZ / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 3 | ALZATE / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 4 | APONTE / 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 | W | OT | F | Y | | | | 13 | 3 | | | |
| 5 | ARISTIZABAL / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 6 | ARNE / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 7 | ASENCIO / 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 | J | OT | F | N | | | | 13 | 3 | | | |
| 8 | BENOIT / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 9 | BETANCOURT / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 10 | BOBKO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 11 | BORBOR / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 12 | BOYCE / 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 | M | OT | F | Y | | | | 11 | 3 | | | |
| | TOTALS: | | | | | | | | 154 | 36 | | | |

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Pft Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: Marti Lincoln
Date:
Comments:

**TOTAL DUE**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 1 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

EIN:
Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172
Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CALVANIO / 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 | D | OT | F | N | | | | 13 | 3 | | | |
| 2 | CAMILLI / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 3 | CAMPBELL / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 4 | CAMPOS / 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 | N | OT | F | N | Term 10/01/06 | | | | 3 | | | |
| 5 | CAPELLAN / 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 | P | OT | F | Y | | | | 17½ | 3 | | | |
| 6 | CARABALLO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 7 | CASTAGNETTO / 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 | M | OT | F | Y | | | | 10⅔ | 3 | | | |
| 8 | CASTILLO / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 9 | CUAU / 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 | V | OT | F | Y | HI | 11/10/2006 | | 17/1 | 2 | 2 | | |
| 10 | CHEN / 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 | K | OT | F | Y | | | | 13 | 3 | | | |
| 11 | CLAROS / 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 | J | OT | F | N | | | | | 3 | | | |
| 12 | COLORADO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | | TOTALS: | | 125 | 35 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | | 899.22 | x | | | |
| Pension | 58.75 | x | | | | | | |
| Legal | 18.3 | x | | 18.63 | x | | | |
| Profit Sharing | 13.00 | x | | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | | 12.13 | x | | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: Marti Lincoln
Date:
Comments:

TOTAL DUE

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 398-3354

032207
PAGE 2 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

**32BJ BENEFITS**

Due Date: APRIL 19, 2007   Account # 02819-05755-0003-0001-10   Receipt # 2122173
Building Name: ST JOHNS UNIVERSITY   Address: RT ST. JOHNS JAMAICA

Month End Date 03/31/2007  ☐ Health  ☐ Pension  ☐ Legal  ☐ Profit Sharing  ☐ 401k  ☐ Training
Quarter End Date 03/31/2007  ☒ Health  ☒ Pension  ☒ Legal  ☒ Profit Sharing       ☒ Training

| Employee Last Name / SSN | Init. | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONDE / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| CORNIER / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| DAVILA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| DE NOVELLIS / 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 | V | OT | F | Y | | | | 13 | 3 | | | |
| DEBRILL / 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 | P | OT | F | Y | | | | 12/3 | 3 | | | |
| DEINGENIIS / 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 | R | OT | F | Y | SD | 12/01/2006 | | 11 | | | | |
| DICE / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| DICE / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| ENCHAUTEGUI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| FLETCHER / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| FONTANES / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| FRANCO / 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 | Y | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | TOTALS: | | 153 | 33 | | | |

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE:

Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Date:
Signature: *Marti Lincoln*

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:
For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207   PAGE 3 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10-
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 03/31/2007 — [ ] Health [ ] Pension [ ] Legal [ ] Profit Sharing [ ] 401k [ ] Training
Quarter End Date 03/31/2007 — [Y] Health [Y] Pension [Y] Legal [Y] Profit Sharing [Y] Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIRE / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | GABELA / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 3 | GALARCE / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 4 | GALATA / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 5 | GALICIA / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 6 | GARCIA / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 7 | GEYAO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | GERDCVCI / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 9 | GIACOMANTONI / 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 | M | OT | P | Y | | | | 13 | 3 | | | |
| 10 | GOMEZ / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 11 | GUZMAN / 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 | O | OT | F | Y | | | | 13 | 3 | | | |
| 12 | HAYNES / 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 | T | OT | F | Y | | | | 13 | 3 | | | |

TOTALS: 147  36

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE

Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554

Signature: /s/ Marti Lincoln
Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 4 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

**32BJ BENEFITS**

EIN:

Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HELFERICH / 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 | G | OT | F | Y | WC | 1/29/2007 | | 1 | | | | |
| 2 | HERRERA / 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 | A | OT | F | Y | | | | 12⅔ | 3 | | | |
| 3 | HEWITT / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 4 | HIDROVO / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 5 | HINKSON / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 6 | IBARRA / 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 | M | OT | P | Y | TE | 1/21/2007 | | 13 | 3 | | | |
| 7 | INZANI / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 8 | JACQUES / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 9 | JOHNSON / 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 | D | OT | P | Y | | | | 13 | 3 | | | |
| 10 | KALARITIS / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 11 | KNIPPING / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 12 | KOMOSINSKI / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | | TOTALS: | | 143 | 33 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | | 899.22 | x | | | |
| Pension | 56.75 | x | | | | | | |
| Legal | 18.63 | x | | 18.63 | x | | | |
| Profit Sharing | 13.00 | x | | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | | 12.13 | x | | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE

Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554

Signature: Marti Lincoln
Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

PAGE 5 OF 11

032207

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007 — ☐ Health ☐ Pension ☐ Legal ☐ Profit Sharing ☐ 401k ☐ Training
Quarter End Date: 03/31/2007 — ☒ Health ☒ Pension ☒ Legal ☒ Profit Sharing ☐ 401k ☒ Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KOSZER / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 2 | KRUKOWSKI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | LAUCELLA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 4 | LENTZ / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| 5 | LIGGAYU / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 6 | LIN / 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 | A | OT | F | Y | HI | 1/08/2007 | | 17 | 3 | 2 | | |
| 7 | LOCICERO / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 8 | LONDONO / 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 | J | OT | F | N | | | | 13 | 3 | | | |
| 9 | LOPEZ / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 10 | LOPEZ / 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 | J | OT | F | N | | | | 13 | 3 | | | |
| 11 | LUNA / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 12 | MARTINEZ / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| | TOTALS: | | | | | | | | 155 | 33 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | 58.75 | x | = | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | x |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: /s/ Marti Lincoln
Date:
Comments:

TOTAL DUE:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report or remittance of contributions, please contact Employer Services at (212) 388-3354

033207
PAGE 6 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

**32BJ BENEFITS**

EIN:
Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2132172
Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 03/31/2007  [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 03/31/2007  [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [Y] Training

| LN | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MATTIELLO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | MEJIA / 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 | J | OT | F | N | | | | 13 | 3 | | | |
| 3 | MENDEZ / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 4 | MONTEITH / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 5 | MORTON / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 6 | MOY / 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 | H | OT | F | Y | NI | 11/10/2006 | | 13 | 2 | 2 | | |
| 7 | MULVANERTY / 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 | E | OT | F | Y | | | | 9 /13 | 2/ | | | |
| 8 | NAOURI / 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 | A | OT | F | N | | | | 13 | 3 | | | |
| 9 | NOGA / 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 | L | OT | F | Y | | | | 17/13 | 3 | | | |
| 10 | NOGUEROLE / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 11 | O. BRIEN / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 12 | OUK / 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 | K | OT | F | Y | HS | 7/09/2006 | | 13 | 3 | | | |
| | TOTALS: | | | | | | | | 151 | 34 | | | |

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
Phone: (718) 990-1554
Email: MLINCOLN@GCASERVICES.COM
Signature: Marti Lincoln
Date:
Comments:

**TOTAL DUE**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 7 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172
Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PATRIZZO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | PATRIZZO / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | PAVLICK / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 4 | PELAEZ / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 5 | PENA / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 6 | PERRIS / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 7 | PERRIS / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | PINEIRO / 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 | A | OT | F | Y | | | | 5 | 1 | | | |
| 9 | POLICASTRI / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 10 | PRADO / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 11 | PUELLES / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 12 | QUINN / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| | TOTALS: | | | | | | | | 135 | 31 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 13.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: Marti Lincoln
Date:
Comments:

TOTAL DUE

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 8 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2122172

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 03/31/2007  [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 03/31/2007  [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | F/T P/T | Exper- ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | REINOSO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 2 | RODRIGUEZ / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | ROMAN / 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 | P | OT | F | N | | | | 13 | 3 | | | |
| 4 | ROSALES / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 5 | RUSSELL / 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 | W | OT | F | Y | | | | 13 | 3 | | | |
| 6 | SAIAS / 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 | N | OT | F | Y | WC | 12/21/2006 | | 10 | 2 | | | |
| 7 | SALAZAR / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | SAMUELS / 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 | O | OT | F | Y | | | | 13 | 3 | | | |
| 9 | SANGIOVANNI / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 10 | SCARBOROUGH / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 11 | SCHLECHTER / 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 | I | OT | F | Y | | | | 13 | 3 | | | |
| 12 | SHIH / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | | TOTALS: | | 153 | 35 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: *Marti Lincoln*
Date:
Comments:

TOTAL DUE

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 9 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 02819-55755-0003-0001-10
Receipt # 2122172
Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 03/31/2007 — [ ] Health [ ] Pension [ ] Legal [ ] Profit Sharing [ ] 401k [ ] Training
Quarter End Date 03/31/2007 — [Y] Health [Y] Pension [Y] Legal [Y] Profit Sharing [Y] Training

| # | Employee Last Name / Init / SSN | Job Class | FT/PT | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SITRO P 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 | OT | F | Y | | | | 13 | 3 | | | |
| 2 | SOARES A 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 | OT | F | Y | | | | 13 | 3 | | | |
| 3 | SOLOMON S 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 | OT | F | N | | | | 13 | 3 | | | |
| 4 | SOTO E 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 | OT | F | N | | | | 13 | 3 | | | |
| 5 | SOTO R 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 | OT | F | Y | | | | 13 | 3 | | | |
| 6 | STEFANOPOULOS G 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 | OT | F | Y | | | | 12⅗ | 3 | | | |
| 7 | STRAZZERA G 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 | OT | F | Y | | | | 13 | 3 | | | |
| 8 | STRUZZIERI J 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 | OT | F | N | | | | 13 | 3 | | | |
| 9 | SUCHOCKI M 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 | OT | F | Y | | | | 13 | 3 | | | |
| 10 | SULLIVAN T 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 | OT | F | Y | | | | 13 | 3 | | | |
| 11 | TATKOVIC R 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 | OT | F | Y | | | | 13 | 3 | | | |
| 12 | THOMAS C 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 | OT | F | Y | | | | 13 | 3 | | | |
| | TOTALS: | | | | | | | 155 | 36 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.09 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCONL
Title: HR/BENEFITS ADMINISTRAT
TOTAL DUE

Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: /s/ Marti Lincoln
Date:
Comments:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report or remittance of contributions, please contact Employer Services at (212) 388-3354

032207
PAGE 10 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account #: 32819-05755-0003-0001-10
Receipt #: 2122172

Building Name: ST JOHNS UNIVERSITY
Address: NY ST. JOHNS JAMAICA

Month End Date: 03/31/2007 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [✓] 401k  [ ] Training
Quarter End Date: 03/31/2007 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | FT/PT | Exper | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TIBO / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 2 | TORTORELLI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | TOT / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 4 | TROCHE JR / 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 | N | OT | F | Y | | | | 13/ | 3 | | | |
| 5 | UNIGARRO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 6 | VILLAMIL / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 7 | VITALE / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 8 | WALSH / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 9 | WILSON / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 10 | ZAMBRANO / 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 | I | OT | F | Y | | | | 13 | 3 | | | |
| 11 | ZEPHIRIN / 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 | L | OT | F | Y | RE | 1/20/2007 | | 11/ | 3/ | | | |
| 12 | ZGALJARDIC / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| | TOTALS: | | | | | | | | 154 / 1457 | 375 | 6 | | |

Advance Requirement Payment: 1,625

| FUNDS | Current Due Rate | Time Unit | Total | Advance Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x 378 375 | = 339905.16 | 899.22 | x 6 | | | |
| Pension | 58.75 | x 1625 1457 | = 95468.75 | | | | | |
| Legal | 18.63 | x 378 375 | = 7042.14 | 18.63 | x 6 | | | |
| Profit Sharing | 13.00 | x 1625 1457 | = 21,125.00 | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x 378 375 | = 4585.14 | 12.13 | x 6 | | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN@GCASERVICES.COM
Phone: (718) 990-1554
Signature: Marti Lincoln
Date:
Comments:

**TOTAL DUE: 468,126.19**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207                                                                     PAGE 11 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

32BJ BENEFITS

Due Date: APRIL 19, 2007    Account # 02819-05531-0003-0001-10    Receipt # 2122170
Building Name:    Address: RT ST JOHN'S UNIV STATEN
Month End Date 03/31/2007  [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 03/31/2007  [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing      [Y] Training

| L/N | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AHMETAJ / 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 | S | OT | F | Y | | | | 12¾ | 3 | | | |
| 2 | BALILI / 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 | I | OT | F | Y | | | | 13 | 3 | | | |
| 3 | BAPTISTE / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 4 | CANTON / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 5 | DE NOVELLIS / 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 | V | OT | F | Y | | | | 13 | 3 | | | |
| 6 | DELUCA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 7 | FLYNN / 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 | R | OT | F | Y | T 12/29/06 | | | 2½ | 2/3 | | | |
| 8 | GALE / 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 | L | OT | F | N | | | | 13 | 3 | | | |
| 9 | GOGA / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 10 | JASARI / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 11 | JASARI / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 12 | KILLEN / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | | TOTALS: | | 142 | 33 | | | |

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 58.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN    Title: HR/BENEFITS ADMINISTRAT    TOTAL DUE
Email: MLINCOLN@GCASERVICES.COM    Phone: (718) 990-1554
Signature: Marti Lincoln    Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032207    PAGE 1 OF 2

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O MARTI LINCOLN
4726 WESTERN AVENUE
KNOXVILLE, TN 37921-0000

Due Date: APRIL 19, 2007
Account # 02819-05531-0003-0001-10
Receipt # 2122170
Building Name: 
Address: RT ST JOHN'S UNIV STATEN

Month End Date 03/31/2007 [ ] Health [ ] Pension [ ] Legal [ ] Profit Sharing [ ] 401k [ ] Training
Quarter End Date 03/31/2007 [Y] Health [Y] Pension [Y] Legal [Y] Profit Sharing [ ] [Y] Training

| L/N/t | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| √ | LEKPERAJ / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| √ | LOPEZ / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| √ | LUCERO / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| √ | MANZIONE / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| √ | MC GOVERN / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| √ | NOEL / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| √ | OBRIEN / 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 | J | OT | F | Y | HS | 7/09/2006 | | 13 | 3 | | | |
| √ | PACHECO / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| √ | PACHECO / 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 | O | OT | F | Y | | | | 13 | 3 | | | |
| √ | PENA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| √ | PENA / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| √ | ZIBERI / 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 | G | OT | F | Y | | | | 13 | 3 | | | |

TOTALS: 276 / 69

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x 69 = | 62046.18 | 899.22 | x | = | | |
| Pension | 58.75 | x 298.276 = | 17507.50 | | | | | |
| Legal | 18.63 | x 69 = | 1285.47 | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x 298.276 = | 3874.00 | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x 69 = | 836.97 | 12.13 | x | = | | |

Prepared By: MARTI LINCOLN
Title: HR/BENEFITS ADMINISTRAT
Email: MLINCOLN2GCASERVICES.COM
Phone: (718) 990-1554
Signature: /s/ Marti Lincoln
Date:
Comments:

TOTAL DUE: 85,550.12

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

032307
PAGE 2 OF 2