# EXHIBIT 1

**Please Make Necessary Changes According to Funds Policies and Procedures**

Building Service 32BJ
Benefit Funds
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

Due Date: JANUARY 19, 2007   Account # 02819-04452-0003-0001-10   Receipt # 2058691
Building Name:   Address: 101 MURRAY STREET

Month End Date 12/31/2006 [ ] Health [ ] Pension [ ] Legal [ ] Profit Sharing [ ] 401k [ ] Training
Quarter End Date 12/31/2006 [Y] Health [Y] Pension [Y] Legal [Y] Profit Sharing [ ] [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time / Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DAWKINS / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 2 | FIDZINSKI / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 3 | MEIKLE / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 4 | NILAJ / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| | | | | | | | TOTALS: | | 52 | 12 | | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| 817 Health | 899.22 x | 12 = | 9750.60 | 899.22 x | = | | | |
| Pension | 49.75 x | 52 = | 2587.00 | | | | | |
| Legal | 18.63 x | 12 = | 223.56 | 18.63 x | = | | | |
| Profit Sharing | 13.00 x | 52 = | 676.00 | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 x | 12 = | 145.56 | 12.13 x | = | | | |

Prepared By: CLARE MCGEE
Email: ASMITH@GCASERVICES.COM
Signature:
Comments:

Title:
Phone: (718) 990-1554
Date:

**TOTAL DUE** 13,382.72

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906                                                           PAGE  1 OF 1

**Please Make Necessary Changes According to Funds Policies and Procedures**

Building Service 32BJ
Benefit Funds
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOCHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

Due Date: JANUARY 19, 2007    Account # 02819-05531-0003-0001-10    Receipt # 2058693
Building Name:    Address: RT ST JOHN'S UNIV STATEN
Month End Date 12/31/2006  ☐ Health  ☐ Pension  ☐ Legal  ☐ Profit Sharing  ☐ 401k  ☐ Training
Quarter End Date 12/31/2006  ☒ Health  ☒ Pension  ☒ Legal  ☒ Profit Sharing  ☐ 401k  ☒ Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time / Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date ** | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AHMETAJ / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 2 | BALILI / 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 | I | OT | F | Y | | | | 13 | 3 | | | |
| 3 | BAPTISTE / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 4 | CANTON / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 5 | DE NOVELLIS / 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 | V | OT | F | Y | | | | 13 | 3 | | | |
| 6 | DELUCA / 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 | M | OT | F | N | | | | | 3 | | | |
| 7 | FLYNN / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 8 | GALE / 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 | L | OT | F | N | | | | | 3 | | | |
| 9 | GOGA / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 10 | JASARI / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 11 | JASARI / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 12 | KILLEN / 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 | R | OT | F | Y | | | | 13 | 3 | | | |

TOTALS:

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 x | = | | 899.22 x | = | | | |
| Pension | 49.75 x | = | | | | | | |
| Legal | 18.63 x | = | | 18.63 x | = | | | |
| Profit Sharing | 13.00 x | = | | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 x | = | | 12.13 x | = | | | |

Prepared By: CLARE MCGEE    Title:    **TOTAL DUE**
Email: ASMITH@GCASERVICES.COM    Phone: (718) 990-1554    Make check payable and send payment to:
Signature:    Date:    Building Service 32BJ Benefit Funds
Comments:    P.O. Box 11477
    New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906    PAGE 1 OF 2

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOCHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

32BJ BENEFITS

Due Date: JANUARY 19, 2007
Account # 02819-05531-0003-0001-10
Receipt # 2058693

Building Name:
Address: RT ST JOHN'S UNIV STATEN

Month End Date: 12/31/2006 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 12/31/2006 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LEKPERAJ / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 2 | LOPEZ / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 3 | LUCERO / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 4 | MANZIONE / 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 | V | D OT | F | Y | HI | 7/07/2006 | | 13 | 3 | 1 | | |
| 5 | MC GOVERN / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 6 | NOEL / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 7 | OBRIEN / 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 | J | OT | F | Y | HS | 7/09/2006 | | | | | | |
| 8 | PACHECO / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 9 | PACHECO / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 10 | PENA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 11 | PENA / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 12 | ZIBERI / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| | TOTALS: | | | | | | | | 273 | 69 | 1 | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 812.55 / 890.22 | 69 | 56,065.95 | 899.22 | 1 | | | |
| Pension | 49.75 | 273 | 13,581.75 | | | | | |
| Legal | 18.63 | 69 | 1,285.47 | 18.63 | 1 | | | |
| Profit Sharing | 13.00 | 273 | 3,549.00 | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | 69 | 836.97 | 12.13 | 1 | | | |

Prepared By: CLARE MCGEE
Title:
TOTAL DUE: 75,319.14

Email: ASMITH@GCASERVICES.COM
Phone: (718) 990-1554

Signature:
Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906                                                                                    PAGE 2 OF 2

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOCHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

32BJ BENEFITS

Due Date: JANUARY 19, 2007    Account # 02819-05755-0003-0001-10    Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY    Address: RT ST. JOHNS JAMAICA

| Month End Date 12/31/2006 | ☐ Health | ☐ Pension | ☐ Legal | ☐ Profit Sharing | ☐ 401k | ☐ Training |
| Quarter End Date 12/31/2006 | Y Health | Y Pension | Y Legal | Y Profit Sharing | | Y Training |

| Line | Employee Last Name / SSN | Init | Job Class | Full Time / Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date ** | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ADAMS / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | ALVAREZ / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 3 | ALZATE / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 4 | APONTE / 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 | W | OT | F | Y | | | | 13 | 3 | | | |
| 5 | ARISTIZABAL / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 6 | ARNE / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 7 | ASENCIO / 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 | J | OT | F | N | | | | | | 3 | | | |
| 8 | BENOIT / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 9 | BETANCOURT / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 10 | BOBKO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 11 | BORBOR / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 12 | BOYCE / 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 | V | OT | F | Y | | | | 13 | 3 | | | |

TOTALS:

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE    Title:
Email: ASMITH@GCASERVICES.COM    Phone: (718) 990-1554
Signature:    Date:
Comments:

TOTAL DUE

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906    PAGE 1 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOCHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

Due Date: JANUARY 19, 2007    Account # 02819-05755-0003-0001-10    Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY    Address: RT ST. JOHNS JAMAICA

Month End Date 12/31/2006    [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 12/31/2006  [y] Health  [y] Pension  [y] Legal  [y] Profit Sharing           [y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date ** | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CALVANIO / 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 | D | OT | F | N | | | | | 3 | | | |
| 2 | CAMILLI / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 3 | CAMPBELL / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 4 | CAMPOS / 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 | N | OT | F | N | | | | | 3 | | | |
| 5 | CAPELLAN / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| 6 | CARABALLO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 7 | CASTAGNETTO / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 8 | CASTILLO / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 9 | CHAU / 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 | V | OT | F | Y | HI | 11/10/2006 | | | | 1 | | |
| 10 | CHEN / 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 | K | OT | F | Y | | | | 13 | 3 | | | |
| 11 | CLAROS / 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 | J | OT | F | N | | | | | 3 | | | |
| 12 | COLORADO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |

**TOTALS:**

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE    Title:    **TOTAL DUE**
Email: ASMITH@GCASERVICES.COM    Phone: (718) 990-1554
Signature:    Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906    PAGE 2 OF 11

**Please Make Necessary Changes According to Funds Policies and Procedures**

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOCHOCKEN STATE
WEST CONSHOCHOCK, PA 19428-3801

**32BJ BENEFITS**

Due Date: JANUARY 19, 2007    Account # 02819-05755-0003-0001-10    Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY    Address: RT ST. JOHNS JAMAICA

Month End Date: 12/31/2006   [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 12/31/2006  [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing           [Y] Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONDE / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 2 | CORNIER / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 3 | DAVILA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 4 | DE NOVELLIS / 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 | V | OT | F | Y | | | | 13 | 3 | | | |
| 5 | DEBRILL / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 6 | DEINGENIIS / 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 | D | OT | F | Y | HS | 7/09/2006 | | | | | | |
| 7 | DICE / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | DICE / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 9 | ENCHAUTEQUI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 10 | FLETCHER / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 11 | FONTANES / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 12 | FRANCO / 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 | Y | OT | F | Y | | | | 13 | 3 | | | |

**TOTALS:**

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE    Title:
Email: ASMITH@GCASERVICES.COM    Phone: (718) 990-1554
Signature:    Date:
Comments:

**TOTAL DUE**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906    PAGE 3 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOCHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

Due Date: JANUARY 19, 2007      Account # 02819-05755-0003-0001-10      Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY      Address: RT ST. JOHNS JAMAICA

Month End Date 12/31/2006 [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 12/31/2006 [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing            [Y] Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIRE / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 2 | GALARCE / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 3 | GALATA / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 4 | GALICIA / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 5 | GARCIA / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 6 | GENAO / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| 7 | GERDOVCI / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 8 | GIACOMANTONI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 9 | GOMEZ / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 10 | GUZMAN / 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 | O | OT | F | Y | | | | 13 | 3 | | | |
| 11 | HAYNES / 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 | T | OT | F | Y | | | | 13 | 3 | | | |
| 12 | HELFERICH / 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 | G | OT | F | Y | | | | 13 | 3 | | | |

TOTALS:

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE      Title:
Email: ASMITH@GCASERVICES.COM      Phone: (718) 990-1554
Signature:      Date:

TOTAL DUE

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906      PAGE 4 OF 11