**Please Make Necessary Changes According to Funds Policies and Procedures**

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOCHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

**32BJ BENEFITS**

Due Date: JANUARY 19, 2007   Account # 02819-05755-0003-0001-10   Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY   Address: RT ST. JOHNS JAMAICA

Month End Date 12/31/2006  [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 12/31/2006 [Y] Health [Y] Pension [Y] Legal [Y] Profit Sharing      [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time / Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HERRERA / 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 | A | OT | F | Y | | | | 12 | 3 | | | |
| 2 | HEWITT / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 3 | HIDROVO / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 4 | HINKSON / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 5 | IBARRA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 6 | INZANI / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 7 | JACQUES / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 8 | JOHNSON / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 9 | KALARITIS / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 10 | KNIPFING / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 11 | KOMOSINSKI / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 12 | KOSZER / 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 | S | OT | F | Y | | | | 13 | 3 | | | |

**TOTALS:**

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE   Title:   **TOTAL DUE**
Email: ASMITH@GCASERVICES.COM   Phone: (718) 990-1554
Signature:   Date:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906   PAGE 5 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

32BJ BENEFITS

Due Date: JANUARY 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2058695

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 12/31/2006 ☐ Health ☐ Pension ☐ Legal ☐ Profit Sharing ☐ 401k ☐ Training
Quarter End Date 12/31/2006 [Y] Health [Y] Pension [Y] Legal [Y] Profit Sharing ☐ 401k [Y] Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time / Part Time | Exper- ienced | Emp Status Change Reason | Employee Status Change Date ** | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KRUKOWSKI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 2 | LAUCELLA / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | LENTZ / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| 4 | LIGGAYU / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 5 | LOCICERO / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 6 | LONDONO / 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 | J | OT | F | N | | | | | 3 | | | |
| 7 | LOPEZ / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | LOPEZ / 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 | J | OT | F | N | | | | | 3 | | | |
| 9 | LUNA / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 10 | MARTINEZ / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 11 | MATTIELLO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 12 | MEJIA / 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 | J | OT | F | N | HI | 7/09/2006 | | | 3 | 1 | | |

TOTALS:

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE
Title:
TOTAL DUE

Email: ASMITH@GCASERVICES.COM
Phone: (718) 990-1554
Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

Signature:
Date:

Comments:

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906
PAGE 6 OF 11

Please Make Necessary Changes According to Funds Policies and Procedures

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

Due Date: JANUARY 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date 12/31/2006 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 12/31/2006 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MENDEZ / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 2 | MONTEITH / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 3 | MORTON / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 4 | MOY / 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 | H | OT | F | Y | HI | 11/10/2006 | | | | 1 | | |
| 5 | MULVANERTY / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 6 | NAOURI / 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 | S | OT | F | N | | | | | 3 | | | |
| 7 | NOGA / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 8 | NOGUEROLE / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 9 | O.BRIEN / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 10 | OUK / 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 | K | OT | F | Y | HS | 7/09/2006 | | 13 | 3 | | | |
| 11 | PATRIZZO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 12 | PATRIZZO / 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 | M | OT | F | Y | | | | 13 | 3 | | | |

TOTALS:

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE
Title:
TOTAL DUE

Email: ASMITH@GCASERVICES.COM
Phone: (718) 990-1554
Signature:
Date:
Comments:

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906                                             PAGE  7 OF  11

**Please Make Necessary Changes According to Funds Policies and Procedures**

Building Service 32BJ
Benefit Funds
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOCHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

Due Date: JANUARY 19, 2007    Account # 02819-05755-0003-0001-10    Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY    Address: RT ST. JOHNS JAMAICA

Month End Date 12/31/2006  [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 12/31/2006  [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PAVLICK / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 2 | PELAEZ / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 3 | PENA / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 4 | PERRIS / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 5 | PERRIS / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 6 | PINEIRO / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 7 | POLICASTRI / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 8 | PRADO / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 9 | PUELLES / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 10 | QUINN / 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 | E | OT | F | Y | | | | 13 | 3 | | | |
| 11 | REINOSO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 12 | RODRIGUEZ / 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 | M | OT | F | Y | | | | 13 | 3 | | | |

TOTALS:

| FUNDS | Current Due | | | Advance Requirement Payment | | | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| | Rate | Time Unit | Total | Rate | Time Unit | Total | | |
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE    Title:    **TOTAL DUE**

Email: ASMITH@GCASERVICES.COM    Phone: (718) 990-1554    Make check payable and send payment to:
Signature:    Date:    Building Service 32BJ Benefit Funds
Comments:    P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906    PAGE 8 OF 11

**Please Make Necessary Changes According to Funds Policies and Procedures**

Building Service 32BJ
Benefit Funds
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

Due Date: JANUARY 19, 2007   Account # 02819-05755-0003-0001-10   Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY   Address: RT ST. JOHNS JAMAICA

Month End Date: 12/31/2006  ☐ Health  ☐ Pension  ☐ Legal  ☐ Profit Sharing  ☐ 401k  ☐ Training
Quarter End Date: 12/31/2006  ☒ Health  ☒ Pension  ☒ Legal  ☒ Profit Sharing         ☒ Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ROSALES / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 2 | RUSSELL / 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 | N | OT | F | Y | | | | 13 | 3 | | | |
| 3 | SALAZAR / 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 | B | OT | F | Y | | | | 13 | 3 | | | |
| 4 | SAMUELS / 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 | O | OT | F | Y | | | | 13 | 3 | | | |
| 5 | SANGIOVANNI ✓-w/6 / 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 | R | OT | F | Y | | | | ~~13~~ | 3 | | duplicate | |
| 6 | SANGIOVANNI / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 7 | SCARBOROUGH / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 8 | SCHLECHTER / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 9 | SHIH / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| 10 | SITRO / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| 11 | SOARES / 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 | A | OT | F | Y | | | | 13 | 3 | | | |
| 12 | SOLOMON / 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 | G | OT | F | N | HI | 9/25/2006 | | | 1 | 3 | | |

**TOTALS:**

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE   Title:
Email: ASMITH@GCASERVICES.COM   Phone: (718) 990-1554
Signature:    Date:
Comments:

**TOTAL DUE**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906                                                                                             PAGE   9 OF 11

**Please Make Necessary Changes According to Funds Policies and Procedures**

### Building Service 32BJ Benefit Funds
### REMITTANCE REPORT
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

Due Date: JANUARY 19, 2007
Account # 02819-05755-0003-0001-10
Receipt # 2058695

Building Name: ST JOHNS UNIVERSITY
Address: RT ST. JOHNS JAMAICA

Month End Date: 12/31/2006 — [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date: 12/31/2006 — [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| Line | Employee Last Name / SSN | Init | Job Class | Full Time/Part Time | Experienced | Emp Status Change Reason | Employee Status Change Date | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SOTO / 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 | E | OT | F | N | | | | | 3 | | | |
| 2 | SOTO / 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 | P | OT | F | Y | | | | 13 | 3 | | | |
| 3 | STEFANOPOULOS / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 4 | STRAZZERA / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 5 | STRUZZEIRI / 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 | J | OT | F | N | | | | | 3 | | | |
| 6 | SUCROCKI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 7 | SULLIVAN / 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 | T | OT | F | Y | | | | 13 | 3 | | | |
| 8 | TATKOVIC / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 9 | THOMAS / 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 | C | OT | F | Y | | | | 13 | 3 | | | |
| 10 | TIBO / 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 | R | OT | F | Y | | | | 13 | 3 | | | |
| 11 | TORTORELLI / 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 | M | OT | F | Y | | | | 13 | 3 | | | |
| 12 | TOT / 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 | S | OT | F | Y | | | | 13 | 3 | | | |

**TOTALS:**

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 | x | = | 899.22 | x | = | | |
| Pension | 49.75 | x | = | | | | | |
| Legal | 18.63 | x | = | 18.63 | x | = | | |
| Profit Sharing | 13.00 | x | = | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x | = | 12.13 | x | = | | |

Prepared By: CLARE MCGEE
Title:
Email: ASMITH@GCASERVICES.COM
Phone: (718) 990-1554
Signature:
Date:
Comments:

**TOTAL DUE**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906
PAGE 10 OF 11

**Please Make Necessary Changes According to Funds Policies and Procedures**

**Building Service 32BJ Benefit Funds**
**REMITTANCE REPORT**
EIN:

GCA SERVICES GROUP INC
C/O CLARE MCGEE
300 CONSHOHOCKEN STATE
WEST CONSHOHOCK, PA 19428-3801

**32BJ BENEFITS**

Due Date: JANUARY 19, 2007    Account # 02819-05755-0003-0001-10    Receipt # 2058695
Building Name: ST JOHNS UNIVERSITY    Address: RT ST. JOHNS JAMAICA

Month End Date 12/31/2006  [ ] Health  [ ] Pension  [ ] Legal  [ ] Profit Sharing  [ ] 401k  [ ] Training
Quarter End Date 12/31/2006  [Y] Health  [Y] Pension  [Y] Legal  [Y] Profit Sharing  [ ] 401k  [Y] Training

| LINE | Employee Last Name / SSN | Init | Job Class | Full Time / Part Time | Exper-ienced | Emp Status Change Reason | Employee Status Change Date ** | Hours | Weeks | Months | Adv. Months | Wages | 401k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TROCHE JR. / 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 | N | OT | F | N | | | | | 3 | | | |
| 2 | UNIGARRO / 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 | J | OT | F | Y | | | | 13 | 3 | | | |
| 3 | VASQUEZ / 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 | M | OT | F | Y | HS | 7/09/2006 | | | | | | |
| 4 | VILLAMIL / 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 | F | OT | F | Y | | | | 13 | 3 | | | |
| 5 | VITALE / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 6 | VRBJOIU / 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 | G | OT | F | Y | TE | 12/07/2006 | | 11 | 3 | | | |
| 7 | WALSH / 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 | G | OT | F | Y | | | | 13 | 3 | | | |
| 8 | WILSON / 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 | S | OT | F | Y | | | | 13 | 3 | | | |
| 9 | ZAMBRANO / 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 | I | OT | F | Y | | | | 13 | 3 | | | |
| 10 | ZEPHIRIN / 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 | L | OT | F | Y | | | | 13 | 3 | | | |
| 11 | ZGALJARDIC / 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 | D | OT | F | Y | | | | 13 | 3 | | | |
| 12 | | | | | | | | | | | | | |
| | **TOTALS:** | | | | | | | | 1479 | 376 | 6 | | |

| FUNDS | Current Due Rate | Time Unit | Total | Advance Requirement Payment Rate | Time Unit | Total | Previous Amount Due (Owed) | Total Due per Fund |
|---|---|---|---|---|---|---|---|---|
| Health | 899.22 ~~812.55~~ | x 373 ~~376~~ | = 303,081.15 | 899.22 | x 6 = | | | |
| Pension | 49.75 | x 1466 ~~1479~~ | = 72,933.50 | | | | | |
| Legal | 18.63 | x 373 ~~376~~ | = 6,948.99 | 18.63 | x 6 = | | | |
| Profit Sharing | 13.00 | x 1466 ~~1479~~ | = 19,058.00 | | | | | |
| 401k | | | | | | | | |
| Training | 12.13 | x 373 ~~376~~ | = 4524.49 | 12.13 | x 6 = | | | |

Prepared By: CLARE MCGEE    Title:
Email: ASMITH@GCASERVICES.COM    Phone: (718) 990-1554
Signature:    Date:
Comments:

**TOTAL DUE 406,546.13**

Make check payable and send payment to:
Building Service 32BJ Benefit Funds
P.O. Box 11477
New York, NY 10286-1477

For questions regarding completion of this report, or remittance of contributions, please contact Employer Services at (212) 388-3354

121906    PAGE 11 OF 11