# EXHIBIT 2

# GCA Services Group™

*VIA FACSIMILE: 212-388-2064*

November 17, 2006

Kevin Toomey
SEIU Local 32BJ
101 Avenue of the Americas
21st Floor
New York, NY 10013

Dear Kevin,

We recently sent payment of $512,239.69 for the Quarterly Invoice of Benefit Fund Contributions. However, we miscalculated the total due which should have been $508,894.01, an overpayment of $3,345.68.

If possible, we would like to apply this amount as a credit against our next quarterly invoice.

Please advise if this acceptable, or if you prefer another method of crediting.

Thank you.

Very truly yours,

April M. Smith, PHR
Human Resource Director

# EXHIBIT 3

## GCA Services Group, Inc.

### CHECK REQUEST

1/12 #10058423

Doc A
195506
195580
Co

**Date:** 1-10-07

**Date Check is Needed:** 1-12-07

Checks will be cut every Thursday and will be distributed Friday. Check requests must be received at Corporate by Tuesday to be included in the weekly Thursday run. If the check needs to be sent to a place other than the vendor address please indicate the Special mailing Address box below.

**Requestor:** Marti Lincoln

**Make Checks Payable to:**

- Vendor #: 2 0 3 4 5
- Name: Local 32BJ SEIU
- Address: PO Box 11477
- City, State, Zip: New York, NY 10286-1477

**Amount:** 491,902.31

**Reason:** 32BJ Benefits (Health Pension Legal Prof Shar-Training

**Business Unit:** 1

**Object Account:** 3.060 70

Insurance
Financing

**Requestor's Signature:** Marti Lincoln

**Approval Signature:**

**Date:** 1-11-07

If an invoice or receipt from the vendor does not accompany this request, one must be submitted to Accounts Payable within 24 hours of receipt of check.

**Special Mailing Address:**
- Attn/ Office
- Street
- City, St, ZIP

APF200503

Revised: 10/05