Richard Kurnit (RK-2504)
Maura J. Wogan (MW-9589)
Nicole I. Hyland, Esq. (NH-7646)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
mwogan@fkks.com
nhyland@fkks.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

W. Eric Baisden (Ohio Bar No. 0055763)
Jeffrey J. Lauderdale (Ohio Bar No. 0074859)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Ste. 1400
Cleveland, Ohio 44114-2688
Tel.: 216-622-8200
Fax: 216-241-0816
ebaisden@calfee.com
jlauderdale@calfee.com

*Attorneys for Defendant GCA Services Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BUILDING SERVICE 32B-J BENEFIT    :
FUNDS,                             :
                                   :   Case No. 07 Civ. 8381 (HB)
            Plaintiff,             :
                                   :   **ORDER FOR ADMISSION OF**
      -against-                    :   **JEFFREY J. LAUDERDALE** *PRO*
                                   :   *HAC VICE*
GCA SERVICES GROUP, INC.,          :
                                   :
            Defendant.             :
-----------------------------------------------------------X

Upon the motion of Richard Kurnit, Frankfurt Kurnit Klein & Selz, P.C., attorney for

defendant GCA Services Group, Inc. and Richard Kurnit's affidavit in support:

IT IS HEREBY ORDERED that:

Jeffrey J. Lauderdale (Ohio Bar No. 0074859)
Calfee, Halter & Griswold LLP
1400 KeyBank Center

800 Superior Avenue
Cleveland, Ohio 44114-2688
Tel.: (216) 622-8200
Fax: (216) 241-0816
jlauderdale@calfee.com

is admitted to practice *pro hac vice* as counsel for GCA Services Group, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

SO ORDERED:

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 3/24/08