# RAAB, STURM, GOLDMAN & GANCHROW, LLP
### COUNSELORS AT LAW

317 MADISON AVENUE, SUITE 1708
NEW YORK, N.Y. 10017
(212) 683-6699
FAX (212) 779-8596

RONALD RAAB°
IRA A. STURM**
RONALD A. GOLOMAN
ARI D. GANCHROW°

MAURA E. BREEN°°
MICHAEL GEFFNER
NANCY STRASFELD°

** ADMITTED NY AND FLA
° ADMITTED IN NY AND NJ
°° ADMITTED IN NY AND CT

RECEIVED
APR 03 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

March 28, 2008

Hon. Harold Baer
United States District Judge
500 Pearl Street
New York, NY 10007

     Re: *Building Service 32BJ Funds v. GCA Services*
       *07 Civ. 8381 (HB)*

Dear Judge Baer:

  I am happy to advise the Court that this case has been resolved. The parties are now drafting a settlement agreement, which should be concluded within the next several days.

  Upon finalizing the settlement documents, we will file a Notice of Dismissal with the Court, pursuant to Rule 41(a) of the Federal Rules.

  Thank you for your kind attention to this matter.

Very truly yours,

Michael Geffner

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

cc Jeffrey Lauderdale, Esq.
  Nicole Hyland, Esq.

*[Handwritten note from Judge:]* This matter has been resolved and should be dismissed. The Clerk is instructed to remove the matter from my docket.

Harold Baer, Jr., U.S.D.J.
4/3/08

Endorsement:

    This matter has been resolved and should and hereby is dismissed. The clerk is instructed to remove the matter from my docket.